GLOBAL PROCESS SERVICE CO., INC.
291 BROADWAY, SUITE 1504
NEW YORK, NY 10007
LIC. # 887-054

UNITED STATES DIST COURT SOUTH. DIST. NY
COUNTY OF

HART FORD FIRE INSURANCE COMPANY ASO SUSAN MITTENTHAL

Plaintiff(s)

- against -

WESTCHESTER GENERAL CONTRACTING, INC.

Defendant(s)

Index No. 08/4335 (SCR) (LMS)

AFFIDAVIT OF SERVICE

CIVIL COVER SHEET, SUMMONS & COMPLAINT, RULE 7.1, INDIV.*

STATE OF NEW YORK: COUNTY OF NEW YORK    SS:

DANIEL MILLER BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 05/27/08 at 0955AM Hours at C/O SEC. STATE 99 WASHINGTON AVENUE ALBANY, NEW YORK deponent served the within CIVIL COVER SHEET, SUMMONS & COMPLAINT, RULE 7.1, INDIV.* on therein named, WESTCHESTER GENERAL CONTRACTING

**INDIVIDUAL A** ☐ by delivering a true copy of each to said personally; deponent knew the person so served to be the person described as said person therein.    ☐ (S) He identified (her) himself as such.

**CORPORATION B** ☒ a (domestic) foreign) corporation by delivering thereat a true copy two copies of each to CAROL VOGT personally, deponent knew said corporation so served to be the corporation described in legal papers and knew said individual to be AUTHORIZED AGENT thereof

**SUITABLE AGE PERSON C** ☐ by delivering thereat a true copy of each to a person of suitable age and discretion. Said premises is recipient's (actual place of business) (dwelling house) (usual place of abode) within the state.    ☐ (S) He identified (her) himself as of recipient

**AFFIXING TO DOOR, ETC. D** ☐ by affixing a true copy of each to the door of said premises, which is recipient's (actual place of business) (dwelling house) (usual place of abode) within the state. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, thereat, having called there on the dates below:

* PRAC. OF JUDGE STEPHEN ROBINSON, MAGISTRATE LISA MARGARET SMITH INSTRUCTION AND GUIDELINES
Service upon the N.Y.S. Secretary of State under Section 306 of the B.C.L. and tendering a fee of $40.00

**MAILING USE WITH C or D** ☐ Deponent also enclosed a copy of same in a postpaid sealed wrapper properly addressed to the above recipient at and deposited said wrapper in (a post office) official depository under exclusive care and custody of the United States Postal Service within New York State.

Deponent further states that he describes the person actually served as follows
| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx.) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BLACK | 45 | 5' 4 | 150 |

**MILITARY SERVICE** ☐ Above person has asked, whether the recipient (s) was (were) in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the recipient (s) is (are) not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

That at the time of such service deponent knew the person (s) so served as aforesaid to be the same person (s) mentioned and described as the defendant(s) in this action.

**USE IN NYC CIVIL CT.** ☐ The language required by NYCRR 2900.2(e), (f) & (h) was set forth on the face of said summons (es).

Sworn to before me on the
05/27/08

SANDRA FARRON
Notary Public, State of New York
No. 01FA4784241
Qualified in Nassau County
Commission Expires Sept. 30, 2009

DANIEL MILLER
LICENSE No.

# 117878