# ROBINSON & COLE LLP

MICHAEL B. GOLDEN

885 Third Avenue
Suite 2800
New York, NY 10022
Main (212) 451-2900
Fax (212) 451-2999
mgolden@rc.com
Direct (212) 451-2911



June 20, 2008

Honorable Stephen C. Robinson
United States District Court
Southern District of New York
300 Quarropas Street, Room 633
White Plains, New York 10601

Re: **Hartford Fire Insurance Company a/s/o Sue Mittenthal
v. Westchester General Contracting, Inc.
United States District Court, Southern District
Case no.: 08 CV 4335 (SCR)(LMS)**

Dear Judge Robinson:

We represent the plaintiff and because the defendant has not yet answered we will not be submitting the scheduling order due today.

The summons and complaint were served upon defendant, by service upon the New York Secretary of State, on May 27. Pursuant to New York law, the answer is due 30 days thereafter, or June 26.

We would respectfully request that the time to submit the scheduling order be extended to 10 business days after defendant serves its answer.

Respectfully submitted,

Michael B. Golden

MBG/kc

Scheduling order is due Aug 1, 2008
**APPLICATION GRANTED**
Stephen C Robinson
7/1/08
HON. STEPHEN C. ROBINSON

Law Offices
BOSTON
HARTFORD
NEW LONDON
STAMFORD
WHITE PLAINS
NEW YORK CITY
SARASOTA
www.rc.com    NEWY1-637059-1