UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
:
HARTFORD FIRE INSURANCE COMPANY a/s/o
Susan Mittenthal,                                           :   Case No.: 08 Civ 4335 (SCR)(LMS)

             Plaintiff,                     :   **REQUEST TO ENTER DEFAULT**

    -against-                                              :

WESTCHESTER GENERAL CONTRACTING, INC.   :

             Defendant.                     :

------------------------------------------------------------ x


TO:   J. MICHAEL McMAHON
        CLERK OF THE COURT
        UNITED STATES DISTRICT COURT
        SOUTHERN DISTRICT OF NEW YORK

Please enter the default of defendant Westchester General Contracting, Inc., pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, for failure to plead or otherwise defend the above-captioned action as fully appears from the court file herein and from the attached affirmation of Michael B. Golden.


Dated: New York, New York
       July 21, 2008

                                            Robinson & Cole LLP

                                            By: _____
                                            Michael B. Golden (MB-0633)
                                            Attorneys for Plaintiffs
                                            885 Third Avenue, Suite 2800
                                            New York, New York 10022
                                            (212-451-2900)

NEWY1-637192-1