UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
:
HARTFORD FIRE INSURANCE COMPANY a/s/o
Susan Mittenthal,                                    :   Case No.: 08 Civ 4335 (SCR)(LMS)

           Plaintiff,                           :   **STATEMENT OF DAMAGES**

    -against-                                   :

WESTCHESTER GENERAL CONTRACTING, INC.  :

           Defendant.                           :

------------------------------------------------------------------ x


| | |
|---|---:|
| Principal amount sued for………………………………….. | $195,211.11 |
| Interest at 9% from May 6, 2007 to July 21, 2008 ………………………………………….. | 22,445.43 |
| Costs and Disbursements: | |
|     Clerk's Fee …………………………………………….. | 350.00 |
|     Process Server fees for service ……………………….. | 87.00 |
|     Statutory fee ………………………………………….… | 20.00 |
| **Total** (as of July 21, 2008) …………………………….. | $218,113.54 |

NEWY1-637189-1

# Exhibit D