UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
                                                                   :
HARTFORD FIRE INSURANCE COMPANY a/s/o                              :
Susan Mittenthal,                                                  :   Case No.: 08 Civ 4335 (SCR)(LMS)
                                                                   :
                         Plaintiff,                                :   **DEFAULT JUDGMENT AGAINST**
                                                                   :   **WESTCHESTER GENERAL**
            -against-                                              :   **CONTRACTING, INC.**
                                                                   :
WESTCHESTER GENERAL CONTRACTING, INC.                              :
                                                                   :
                         Defendant.                                :
                                                                   :
------------------------------------------------------------------ x

    This action having been commenced on May 8, 2008 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served upon the defendant Westchester General Contracting, Inc. on May 27, 2008, and proof of service upon defendant Westchester General Contracting, Inc. having been filed on June 2, 2008 and the time for the defendant to appear, answer, or raise an objection to the complaint having expired, and defendant not having appeared, answered or raised an objection to the complaint, it is,

    ORDERED, ADJUDGED AND DECREED, that the plaintiffs have judgment against defendant Westchester General Contracting, Inc., whose last known address is 21 Ashland Street, New Rochelle, New York 10801, as for the liquidated amount of $195,211.11, plus interest at 9% from May 6, 2007 – the date of the loss – to July 21, 2008 in the amount of $22,445.43, plus the costs and disbursements of this action in the amount of $457.00, amounting in all to $218,113.54.

NEWY1-637190-1

Dated: New York, New York
       July 21, 2008

                                    _____
                                    U.S.D.J.   8/4/08

                                    This document was entered on the
                                    docket on _____.