UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
HARTFORD FIRE INSURANCE COMPANY a/s/o :
Susan Mittenthal,                                              : Case No.: 08 Civ 4335 (SCR)(LMS)
                    Plaintiff,                                 : **STIPULATION**
         -against-                                             :
WESTCHESTER GENERAL CONTRACTING, INC.,                         :
                    Defendant.                                 :
-------------------------------------------------------------- x

   IT IS HEREBY STIPULATED by and between counsel for all parties in this action as follows:

   1. DeCaro & DeCaro hereby appears on behalf of defendant Westchester General Contracting, Inc.;

   2. Plaintiff may file an amended complaint;

   3. Plaintiff withdraws its application for the entry of a default judgment against defendant;

   4. Defendant shall file an answer to the amended complaint within ten calendar days of service thereof;

NEWY1-637339-1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

5.    The parties shall submit to the Court their scheduling order on or before
_____.

Dated: New York, New York
       August 1, 2008

| ROBINSON & COLE LLP | DECARO & DECARO, PC |
|---|---|
| By: *Michael Golden* | By: *[signature]* |
| Michael B. Golden (MG-0633) | Phillip A. DeCaro (PD-2111) |
| Attorneys for Plaintiff | Attorneys for Defendant |
| 885 Third Avenue, Suite 2800 | 480 Mamaroneck Avenue |
| New York, New York 10022 | Harrison, New York 10528 |
| 212-451-2900 | 914-835-6200 |

SO ORDERED:

*Stephen C Robinson*
USDJ   8/21/08

2