UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
:
SENTINEL INSURANCE COMPANY, LTD. a/s/o  :
Susan Mittenthal,                       :  Case No. 08 Civ. 4335 (SCR)(LMS)
                                        :
                Plaintiff,              :  **AMENDED RULE 7.1**
                                        :  **STATEMENT**
        -against-                       :
                                        :
WESTCHESTER GENERAL CONTRACTING, INC.   :
                                        :
                Defendant.              :
                                        :
------------------------------------------------------------- x

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Sentinel Insurance Company, Ltd. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held: The Hartford Financial Services Group, Inc.

Dated: New York, New York
       August 26, 2008

                                    ROBINSON & COLE LLP

                                    By: _____
                                    MICHAEL B. GOLDEN (MG-0633)
                                    Attorneys for Plaintiff
                                    885 Third Avenue, Suite 2800
                                    New York, New York 10022
                                    212-451-2900

To:    Phillip A. DeCaro, Esq.
       DeCaro & DeCaro, PC
       480 Mamaroneck Avenue
       Harrison, NY 10528

NEWY1-636717-1

## CERTIFICATE OF SERVICE

      I, Michael B. Golden, hereby certify that on this 26th day of August 2008, I served a true copy of the foregoing AMENDED RULE 7.1 STATEMENT, via first class mail, upon the following:

>Phillip A. DeCaro, Esq.
>DECARO & DECARO, PC
>480 Mamaroneck Avenue
>Harrison, NY  10528

                                                */s/ Michael B. Golden*
                                                Michael B. Golden